IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
------------------------------------------------------------------------------------------------------------

NATANAEL RIVERA,

                          Plaintiff,

v.

CORRECTIONAL OFFICIALS DINSE,
MICHAEL BAENEN, AMY BASTEN,
LEGOIS, CATHY FRANCOIS,
CHARLES COLE, WELCOME ROSE,
CATHY JESS and JOHN or JANE DOES 1-20,

                          Defendants.

ORDER

12-cv-509-bbc

------------------------------------------------------------------------------------------------------------

      Plaintiff Natanael Rivera, a prisoner at the Green Bay Correctional Institution in Green Bay, Wisconsin, has submitted a proposed complaint. I can construe his complaint to include a request for leave to proceed *in forma pauperis*, however, because plaintiff is a prisoner, he is required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act to pay an initial partial payment of the $350 filing fee. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a full six-month trust fund account statement with his complaint.

      Plaintiff's complaint was filed on July 16, 2012. His trust fund account statement should cover the six-month period beginning approximately January 16, 2012 and ending approximately July 16, 2012. Instead, plaintiff submitted a trust fund covering just four months of the relevant period. Therefore, plaintiff must supplement the trust found account information that he has already provided. Plaintiff will need to submit an trust fund account statement for the period between April 11, 2012 and July 16, 2012. Once plaintiff has submitted the supplemental account information, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under § 1915(e)(2).

Plaintiff should show a copy of this order to institution officials to insure that they are aware they should send a copy of plaintiff's account statement to this court.

ORDER

IT IS ORDERED that plaintiff Natanael Rivera may have until August 10, 2012, in which to submit a supplemental trust fund account statement for the period beginning approximately April 11, 2012 and ending approximately July 16, 2012. If, by August 10, 2012, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 19th day of July, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge